# EXHIBIT G

*Magistrate's Finding,*

*Case No. 2554AC0563*

*(June 20, 2025)*

| FINDING OF MAGISTRATE AFTER HEARING UNDER C218/35A | DOCKET NUMBER 2554AC000563-HR | COUNT 1 | Trial Court of Massachusetts Department |
|---|---|---|---|

CASE NAME:
State Police Framingham  vs. Erica Walsh

| NAME & ADDRESS OF ACCUSED PARTY: | COURT NAME & ADDRESS: |
|---|---|
| Erica Walsh<br>98A Dunstable Street<br>Charlestown, MA 02129 | Dedham District Court<br>631 High Street<br>Dedham, MA 02026 |

COPY

| NAME OF APPLICANT/ POLICE:<br>State Police Framingham | INCIDENT REPORT#<br>2025-112-251/ | DATE & TIME HEARING:SCHEDULED<br>06/18/2025 at 11:00 AM |
|---|---|---|

| LICENSE NO.<br>S34033814 | STATE.<br>MA | LOCATION OF OFFENSE<br>Dedham | MAGISTRATE'S CONDUCTING HEARING:<br>Billingsley |
|---|---|---|---|

| REGISTRATION NO. | STATE. | POLICE DEPARTMENT<br>SP Operations | "X" IF APPLICABLE |
|---|---|---|---|

OFFICER ID | CD RECORDING LOG START: ___ END: ___

"X" IF APPLICABLE
- [ ] ACCUSED FAILED TO APPEAR
- [ ] COMPLAINANT NOT PRESENT
- [ ] NEITHER PARTY PRESENT
- [ ] RESOLVED W/O HEARING

| VIOLATION CODE CITATION NO. | VIOLATION DESCRIPTION | OFFENSE DATE/ RANGE | CLERK DISPOSITION |
|---|---|---|---|
| 266/120<br>NONE | TRESPASS c266 §120 | 05/12/2025 | NPC |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Offense Disposition Codes:

**NPC**- No Probable Cause- denied; **PC**-Probable Cause found; **RCMV**-Responsible - CMVI C90C/3; **NRCMV**- Not Responsible - CMVI C90C/3; **SFF35A**- Sufficient Facts Found for Probable Cause; **AFDNH**- Application - Filed and Denied; **WD**- Withdrawn.

Application Process ordered by Court: [ ] Complaint and Summons _____ [ ] Complaint and Warrant

[ ] Sufficient Facts found- Hearing continued for compliance to

[ ] Application denied-Defendant complied with conditions of continuance order.

| DATE ISSUED<br>6-20-2025 | CLERK-MAGISTRATE<br>CBillingsley |
|---|---|

DC059: 11/1/2023          www.mass/gov/courts

Date/Time Printed: 05-20-2025 12:45:08