# EXHIBIT H

*Order of Dismissal,*

*Case No. 2554CR00838*

*(June 3, 2025)*

RECEIVED

MAY 2 2 2025

DISTRICT COURT
DEDHAM DIVISION

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT OF MASSACHUSETTS
DEDHAM DISTRICT COURT

COMMONWEALTH OF MASSACHUSETTS )
    *Plaintiff,* )
)
v. ) Case No.: 2554 CR 636
)
ERICA WALSH, )
    *Defendant.* )

## MOTION TO DISMISS

Defendant Erica Walsh moves, pursuant to Mass. R. Crim. P. 13 and *Bradford v. Knights*, 427 Mass. 748, 695 N.E.2d 1068 (1998) that the above-entitled matter be dismissed, as there was no probable for the issuance of the complaint. As the SJC cited in *Bradford*, "[i]f the person complained of believes that there was not probable cause to charge him with a crime, he may move to dismiss the complaint."

As further reasons thereof, based on the facts set forth in the Massachusetts State Police Report authored by Trooper Ryan P. Welsh, the Commonwealth is unable to establish probable cause that Defendant committed trespass, picketing, or a breach of the peace. As such, upon the annexed Affidavit of Alison Gregoire and exhibit filed herewith, Defendant moves for this Court to dismiss all counts of the above numbered complaint.

*[Handwritten notation:]*

After Hearing,

Count 1 Motion Allowed — The facts alleged lack probable cause.

Count 2 Motion Allowed — See Civil Action No. 25-10770-MJJ

*[Signature]* M Pomarole J.
6-3-25